UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

JAVIER GARCIA-MORA,

      Defendant.

_____/

## STIPULATED FACTUAL PROFFER

The United States of America, JAVIER GARCIA-MORA (GARCIA-MORA or "Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning at least as early as September 2024, and continuing through September 16, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the Defendant did knowingly and willfully combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute more than fifteen (15) but less than fifty (50) kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846.

Using investigatory techniques, including federally authorized wiretaps from May 16, 2025 through September 16, 2025, physical surveillance, and search warrants, the Drug Enforcement Administration and other law enforcement agencies established that GARCIA-MORA conspired with co-defendant Reinaldo Fernandez, among other indicted and unindicted co-conspirators, to distribute and possess with the intent to distribute cocaine.

Fernandez bought cocaine from a Mexican drug cartel and sold it in South Florida.  In August 2025, GARCIA MORA was sent to Miami by members of the Mexican drug cartel to

monitor the cartel's interests in South Florida.  More specifically, the coconspirators agreed to set up Fernandez's residence in Hialeah, Florida (the "Hialeah Residence") as an "office" for the operations of the cartel, to be monitored by GARCIA-MORA.  By late August 2025, GARCIA-MORA had arrived from Mexico and was living in the Hialeah Residence' Fernandez was no longer living there. In September 2025, GARCIA-MORA and Fernandez jointly bought and sold narcotics from the Hialeah Residence, including on September 7, 8, 9, and 11, 2025.

On or about September 7, 2025, GARCIA-MORA and Fernandez received a shipment of 25 kilograms of cocaine from the Mexican drug cartel.  A co-conspirator from Orlando, Florida delivered the cocaine to GARCIA-MORA and Fernandez at the Hialeah Residence.

On September 11, 2025, law enforcement intercepted numerous phone calls between Fernandez and Ricardo Oramas Valdes regarding the purchase of four kilograms of cocaine. That evening, law enforcement observed Oramas Valdes and Daniel Torres arrive at the Hialeah Residence in a vehicle driven by Torres.  GARCIA-MORA and Fernandez exited the Hialeah Residence with a bucket containing cocaine, and Fernandez placed the bucket in the back seat of the vehicle.  Law enforcement subsequently stopped the vehicle and seized the cocaine, confirmed by the Drug Enforcement Administration to be 4,202 grams of cocaine.

On September 16, 2025, law enforcement executed a search warrant at the Hialeah Residence.  While the search warrant was being executed, GARCIA-MORA exited the rear of the Hialeah Residence and attempted to flee, but was apprehended and subsequently arrested. Law enforcement seized from the Hialeah Residence what was later confirmed by a Drug Enforcement Administration laboratory to be approximately 19.1 kilograms of cocaine, which was hidden underneath a floorboard in the residence.

In a September 16, 2025, post-Miranda statement, GARCIA-MORA admitted that he came to Miami from Jalisco, Mexico to monitor the Mexican drug cartel's cocaine trafficking operations in South Florida; that he was living at the Hialeah Residence; that he was in Miami for at least one shipment of cocaine to the Hialeah Residence from Mexico; that he would help Fernandez prepare cocaine for buyers; that he hid kilograms of cocaine in the Hialeah Residence; and that he was aware that bulk U.S. currency was shipped to Mexico days before his arrest, but he was not aware of how much.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt as to the crime of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3/17/26          By: _____
                            DAYA NATHAN
                            ASSISTANT UNITED STATES ATTORNEY

Date: 3/6/2026         By: _____
                            ROGER CABRERA
                            ATTORNEY FOR DEFENDANT

Date: 3/6/2026         By: _____
                            JAVIER GARCIA-MORA
                            DEFENDANT