# COURT MINUTES

Page 2

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-4**     Date: 3/17/26     Time: 10:00 a.m.

Defendant: Javier Garcia-Mora     J#: 29769-506   Case #: 25-cr-20438-Gayles/Shaw-Wilder(s)

AUSA: Jeffrey Pierce     Attorney: Roger De Jesus Cabrera (CJA)

Violation: Conspiracy to Distribute a Controlled Substance

Proceeding: Arraignment on Superseding Indictment     CJA Appt: _____

Bond/PTD Held: ⚬ Yes   ⚬ No     Recommended Bond: _____

Bond Set at: Stip Ptd     Co-signed by: _____

- ☑ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:

*Brady order given on 9/17/25*

Defendant arraigned

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

Defendant's ore tenus request for entry of Standing discovery Order – Granted

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date: _____   Time: _____   Judge: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 10:22:57     Time in Court: 2 minutes