Original

Mi nombre es Alma Lilia Salinas Huerta, esposa de Javier García Mora.

Por medio de la presente, me dirijo a usted con el más profundo respeto para expresar mis más sinceras disculpas por la situación en la que actualmente se encuentra mi esposo. Javier es un hombre de buenos valores, trabajador, honesto y dedicado a su familia,durante  toda su vida se ha esforzado por ser un buen esposo, padre e hijo , con toda humildad, solicito de corazón que se considere  nuestra solicitud para permitir su regreso a México , donde su familia lo espera con amor, comprensión y el apoyo necesario para continuar su vida de manera correcta y productiva. Le aseguro que mi esposo ha aprendido profundamente de esta experiencia y que jamás volverá a regresar a Estados Unidos ,nuestro mayor deseo es poder reunirnos con él ,con su familia que tanto lo necesita y lo ama .

Agradezco de todo corazón el tiempo, la comprensión y la atención que pueda brindar a esta petición.

Con todo respeto y agradecimiento

Translation

My name is Alma Lilia Salinas Huerta, wife of Javier García Mora.

Through this letter, I address you with the deepest respect to express my sincerest apologies for the situation in which my husband currently finds himself. Javier is a man of good character, hardworking, honest, and devoted to his family. Throughout his life, he has strived to be a good husband, father, and son. With all humility, I humbly request that you consider our petition to allow him to return to Mexico where his family awaits him with love, understanding and the support necessary to continue his life in a good and productive way. I assure you that my husband has learned profoundly from this  experience and will never return to the United States. Our greatest wish is to be reunited  with him and his family, who need and love him so much.

I sincerely appreciate any time, understanding, and attention you can give to this request.

With all due respect and gratitude

Original

A quien corresponda:

De manera amable y respetuosa me presento mi nombre es GRISELDA GARCÌA MORA, soy hermana de JAVIER GARCÌA MORA, me dirijo a usted con la intención de pedirle disculpas por la situación de mi hermano haciendo referencia que estamos muy preocupados por el, de igual forma sabiendo en la situación que se encuentra, por tal motivo me permito expresarle mis más sinceras disculpas y mi preocupación, haciéndole saber que él es una gran persona, trabajadora, honesta, de familia, que es un gran padre, abuelo un buen esposo, hijo y hermano,.

El motivo por el cual el tomo la decisión de ir a su país fue con la ilusión de salir adelante, seguir siendo el sustento de mi padre, de sus hijos y su esposa, para de esta manera fuera un poco más posible poder pagar los tratamientos de la salud de nuestro padre ya que él es una persona ya mayor y está enferma, mi madre falleció a causa del VIRUS del COVID, en el año 2020 dejándonos devastados y ahora con la enfermedad de nuestro padre estamos muy preocupados y más aun por la situación de mi hermano. Quisiera también expresarle que él es una persona buena que se fue con un ilusión de trabajar honradamente, salir adelante, él nunca había estado en una situación así, porque nosotros somos gente honrada de bien, trabajadora y unida.

Por ese motivo le ruego considere nuestra solicitud de mandarlo para México, el realmente desconocía toda la situación por la cual ahora está detenido, así mismo yo como su hermana mayor me comprometo a que nunca más vuelva a entrar de ilegal a su país, èl está arrepentido de haberse ido, de dejar a su familia y de ahora estar pasando por esta situación tan difícil. De la manera más sincera le suplico nuevamente que por favor considere mi petición y revisen nuestras plegarias, con el corazón en la mano se lo suplico, permitan que mi hermano regrese y pueda ver a su padre con vida y a toda su familia.

Sin más quedo completamente a su disposición para cualquier información que pueda requerir y que demuestre la inocencia de mi hermano, le agradezco el tiempo que se tomó, dios la bendiga, gracias.

Translation

To whom it may concern:

In a kind and respectful manner, I introduce myself. My name is Griselda García Mora, and I am the sister of Javier García Mora. I am writing to you to apologize for my brother's situation. We are very worried about him, and knowing the circumstances he is in, I want to express my sincere apologies and my concern. I want to let you know that he is a wonderful person: hardworking, honest, family-oriented, a great father, grandfather, husband, son, and brother.

The reason he decided to go back to his country was with the hope of getting ahead, continuing to support my father, his children, and his wife, so that things would be a little better for him. We are struggling to pay for our father's medical treatments, as he is elderly and ill. My mother passed away from COVID-19 in 2020, leaving us devastated, and now with our father's illness, we are very worried, especially about my brother's situation. I would also like to express that he is a good person who left us with the dream of working honestly and getting ahead. He had never been in a situation like this before, because we are honest, hardworking, and close-knit people.

For this reason, I beg you to consider our request to send him back to Mexico. He was truly unaware of the situation that led to his detention. As his older sister, I promise that he will never again enter your country illegally. He regrets leaving, abandoning his family, and now going through this difficult time. I sincerely implore you again to please consider my request and hear our prayers. With all my heart, I beg you, please allow my brother to return so he can see his father and his family alive.

I remain completely at your disposal for any information you may require that proves my brother's innocence. I appreciate your time, God bless you, thank you.

Original

Me presento mi nombre es  Blanca Galilea García Alcantar

Soy  hija de Javier García Mora ,me permito escribir con el mayor respeto para expresar mis sinceras disculpas y solicitar su comprensión ,respecto a la situación de mi padre ,quiero compartir que mi padre es un hombre trabajador ,honesto y responsable ,siempre se a dedicado a trabajar para podernos ayudar a mí y a mi  familia ,en especial a mi abuelito que se encuentra enfermo de salud ,él es nuestro principal apoyo ,agradezco de corazón el tiempo que se le tome por leer esta carta ,quisiéramos pedirle que por favor puedan mandar a mi papá para México y él jamás volverá a regresar a su país y les pedimos una disculpa de todo corazón,queremos que regrese con nosotros y sigamos siendo una familia unida.

Translation

My name is Blanca Galilea García Alcantar

I am Javier García Mora's daughter, and I am writing
with the utmost respect to express my sincere apologies and
ask for your understanding regarding my father's situation.
I want to share that my father is a hardworking, honest,
and responsible man. He has always dedicated himself to
working to help me and my family, especially my grandfather,
who is ill. He is our main support. I sincerely appreciate you
taking the time to read this letter. We would like to ask  that
you please send my father to Mexico. He will never return to
your country, and we sincerely apologize. We want him to
come  back to us so we can continue being a united family.

Original

**A quien corresponda:**

Mi nombre es **Wendy Lisset Leyva Salinas** y soy hijastra de **Javier García Mora**.

Me dirijo a usted con el propósito de ofrecerle una sincera disculpa por la situación que está atravesando mi padrastro. Como familia, estamos profundamente preocupados por él. Por ello, me permito expresarle, de todo corazón, mis más sinceras disculpas

Quiero agradecerle a Javier por todo lo que ha hecho por mí,gracias a su apoyo y cariño incondicional, hoy estoy por terminar mi carrera universitaria; actualmente estoy finalizando mi servicio social y pronto podré titularme. Javier es un hombre trabajador, honrado, generoso y de buen corazón. Toda su vida se ha dedicado a trabajar y a ver por su familia. Para mí, Javier es como un segundo padre, pues gracias a él he podido continuar y concluir mis estudios.

Mi familia y yo somos personas de bien, unidas y trabajadoras. Por este motivo, le solicito respetuosamente que considere la posibilidad de permitir que Javier regrese a México. Nos comprometemos a que él no volverá a entrar a su país , está arrepentido de haberse ido, de haber dejado a su familia y de encontrarse en esta situación tan difícil,le ruego, por favor, que tome en cuenta mi petición y considere nuestras súplicas,le agradezco sinceramente el tiempo que se tomó para leer esta carta. Que Dios la bendiga y muchísimas gracias.

Translation

**To whom it may concern:**

My name is **Wendy Lisset Leyva Salinas** and I am **Javier García Mora's stepdaughter.**

I am writing to you to offer my sincere apologies for the situation my stepfather is going through. As a family, we are deeply concerned for him. Therefore, I sincerely apologize.

I want to thank Javier for everything he has done for me. Thanks to his unconditional support and affection, I am about to finish my university degree; I am currently completing my social service and will soon be able to graduate.
Javier is a hardworking, honest, generous, and kind-hearted man. He has dedicated his entire life to working and providing for his family. For me, Javier is like a second father, because thanks to him I was able to continue and complete my studies.

My family and I are good, close-knit, and hardworking people. For this reason, I respectfully request that you consider allowing Javier to return to Mexico. We promise that he will not re-enter your country. He is sorry for leaving, for abandoning his family,  and for finding himself in this difficult situation. I beg you to please consider my  request and our pleas. I sincerely thank you for taking the time to read this letter. God  bless you, and thank you very much.